USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/17/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED TRIPPETT,

    Plaintiff,

-against-

MASSAGE WILLIAMSBURG INC.,

    Defendant.

25-CV-270 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed its complaint on January 13, 2025. (Dkt. 1.) Plaintiff served defendant Massage Williamsburg Inc. on February 7, 2025 (Dkt. 6), making defendant's answer due February 28, 2025. Although that date has come and gone, Massage Williamsburg Inc. has not appeared and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

It is hereby ORDERED that, if Massage Williamsburg Inc. has not answered or otherwise responded to the complaint before **March 31, 2025**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
      March 17, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**